

Monday, June 2, 2014

No. 14–5004/AF.  U.S. v. Nicholas T. Burns.  CCA S32084.  On consideration of the issue certified by the Judge Advocate General of the Air Force, 73 M.J. 260 (C.A.A.F. 2014), Appellee's motion to supplement the record, Appellant's motion to supplement the record, and the briefs of the parties, we conclude that the United States Air Force Court of Criminal Appeals did not abuse its discretion in finding that Appellee's conviction of the greater offense of willful and wrongful discharge of a firearm under circumstances such as to endanger human life was factually insufficient and in affirming a finding of guilt as to the lesser included offense of negligent discharge of a firearm.  Accordingly, it is ordered that the motions to supplement the record are granted, the certified issue is answered in the negative, and the decision of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 13–0717/AF.  U.S. v. Zachary R. Lynch.  CCA 38094.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 23, 2014.

No. 14–0632/MC.  U.S. v. Bruno J. Russell.  CCA 201300208.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 19, 2014.